**FILED**
November 17, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WILL NUNEZ, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:14-cr-00300-JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Will Nunez</u>; Case <u>2:14-cr-00300-JAM</u> from custody and for the following reasons:

    \_\_    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, co-signed by Melisa Alvarado and Christi Nunez

    \_\_    Appearance Bond with 10% Deposit

    \_\_    Appearance Bond secured by Real Property

    \_\_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>11/17/2014</u> at 2:20 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge