HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>              vs.<br><br>WILL NUNEZ et al.,<br><br>        Defendants. | Case No. 2:14-CR-0300-JAM<br><br>**WAIVER OF APPEARANCE FOR DEFENDANT NUNEZ; ORDER APPROVING WAIVER** |

     I, Will Nunez, hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, jury selection, trial, and sentencing.  I request that the court proceed during every absence the court may permit pursuant to this waiver.  I agree that my interests will be deemed represented at all times

-1-

by the presence of my attorney, the same as if I were personally present, and I further agree to be present in court ready for hearing any day and hour the court may fix in my absence.

I have been informed of my rights under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays under the Act without me being present.

Dated:   June 4, 2015         /s/ Will Nunez
                              WILL NUNEZ
                              Defendant

I concur in Mr. Nunez's decision to waive his personal appearance as set forth above.

                              HEATHER E. WILLIAMS
                              Federal Defender

Dated:   June 4, 2015         /s/ T. Zindel_____    ___
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for WILL NUNEZ

**O R D E R**

The above waiver of appearance is hereby approved.

IT IS SO ORDERED.

Dated:   June 5, 2015
                              /s/ John A. Mendez_____
                              United States District Court Judge