HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0300 JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| WILL NUNEZ and | ) |
| RENE JAQUEZ CORRAL, | ) |
| | ) Date:   December 15, 2015 |
| Defendants. | ) Time:   9:15 a.m. |
| | ) Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants, Will Nunez and Rene Corral, that the status conference scheduled for December 15, 2015, may be continued to February 16, 2016, at 9:15 a.m.

The parties continue to review extensive audio and video discovery provided to defense counsel. There is extensive audio and video evidence to review. Counsel need additional time to review discovery and to pursue investigation before the case is further scheduled. The parties therefore agree that the status conference should be continued to February 16, 2016, and ask the

-1-

1 Court to order time excluded under the Speedy Trial Act through
2 that date in order to afford necessary time for effective
3 preparation.  The parties agree that the interests of justice to
4 be served by a continuance outweigh the best interests of Mr.
5 Nunez, Mr. Corral, and the public in a speedy trial, and ask the
6 Court to order time excluded pursuant to 18 U.S.C. §
7 3161(h)(7)(A) and (b)(iv).

                    Respectfully Submitted,

                    HEATHER E. WILLIAMS
                    Federal Defender

11 Dated:   December 14, 2015      /s/ T. Zindel_____
                                       TIMOTHY ZINDEL
12                                   Assistant Federal Defender
                                  Attorney for WILL NUNES

14 Dated:   December 14, 2015      /s/ T. Zindel for J. Garcia
                                         JESSE GARCIA
15                                   Attorney for RENE CORRAL

16                                   BENJAMIN WAGNER
                                  United States Attorney

18 Dated:   December 14, 2015      /s/  T. Zindel for J. Lee
                                         JUSTIN LEE
19                                   Assistant U.S. Attorney

21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

**O R D E R**

The status conference is continued to February 16, 2016, at 9:15 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through February 16, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   December 14, 2015         /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge