HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0300 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** ) **MODIFYING CONDITIONS OF** ) **PRETRIAL RELEASE** |
| WILL NUNEZ, | ) |
| Defendant. | ) Judge:  Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Will Nunez, through their respective attorneys, that the conditions of release imposed on November 17, 2014, may be modified to remove the special conditions of release (doc. no 18) including third-party custody and pretrial supervision.  The parties agree that the appearance bond (doc. 12) and the standard conditions of release (doc. 11, section B) shall remain in effect through the conclusion of the case.

/////

-1-

Mr. Nunez has been under courtesy supervision of Pretrial Services in another district with no reported violations. Counsel for the parties enter this stipulation after consulting with Pretrial Services in Sacramento (Officer Morris) who has approved the proposed modification.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 5, 2016         /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for WILL NUNEZ

                                 BENJAMIN WAGNER
                                 United States Attorney

Dated:  February 5, 2016         /s/  T. Zindel for J. Lee
                                 JUSTIN LEE
                                 Assistant U.S. Attorney


**O R D E R**

The conditions of release ordered on November 17, 2014, are modified as set forth above.  The appearance bond and standard conditions of release remain in effect until the bond is ordered exonerated.

IT IS SO ORDERED.

Dated:  February 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE