HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0300 GEB |
| Plaintiff, | ) |
| | ) **AMENDED STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| WILL NUNEZ and | ) |
| RENE JAQUEZ CORRAL, | ) |
| | ) Date:   February 12, 2016 |
| Defendants. | ) Time:   9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants, Will Nunez and Rene Corral, that the status conference scheduled for February 12, 2016, may be continued to April 15, 2016, at 9:00 a.m.

The parties continue to review discovery provided to defense counsel. There is extensive audio and video evidence to review. Counsel need additional time to review discovery and to pursue investigation before the case is further scheduled. The parties therefore agree that the status conference should be

-1-

1  continued to April 15, 2016, and ask the Court to order time
2  excluded under the Speedy Trial Act through that date in order
3  to afford necessary time for effective preparation.  The parties
4  agree that the interests of justice to be served by a
5  continuance outweigh the best interests of Mr. Nunez, Mr.
6  Corral, and the public in a speedy trial, and ask the Court to
7  order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and
8  (b)(iv).

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:   February 10, 2016       /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for WILL NUNEZ

Dated:   February 10, 2016       /s/ T. Zindel for J. Garcia
                                 JESSE GARCIA
                                 Attorney for RENE CORRAL

                                 BENJAMIN WAGNER
                                 United States Attorney

Dated:   February 10, 2016       /s/  T. Zindel for J. Lee
                                 JUSTIN LEE
                                 Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////

O R D E R

The status conference is continued to April 15, 2016, at 9:00 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through April 15, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  February 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge