HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
WILL NUNEZ




                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0300 GEB |
| | ) |
|     Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
|        v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| WILL NUNEZ and | ) |
| RENE JAQUEZ CORRAL, | ) |
| | ) Date:   April 15, 2016 |
|     Defendants. | ) Time:   9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |


     It is hereby stipulated and agreed between plaintiff,

United States of America, and defendants, Will Nunez and Rene

Corral, that the status conference scheduled for April 15, 2016,

may be continued to May 20, 2016, at 9:00 a.m.

     The parties continue to review discovery provided to

defense counsel.  There is extensive audio and video evidence to

review.  Counsel need additional time to review discovery and to

pursue investigation before the case is further scheduled.  The

parties therefore agree that the status conference should be

1  continued to May 20, 2016, and ask the Court to order time

2  excluded under the Speedy Trial Act through that date in order

3  to afford necessary time for effective preparation.  The parties

4  agree that the interests of justice to be served by a

5  continuance outweigh the best interests of Mr. Nunez, Mr.

6  Corral, and the public in a speedy trial, and ask the Court to

7  order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and

8  (b)(iv).

9                                    Respectfully Submitted,

10                                   HEATHER E. WILLIAMS
                                     Federal Defender

11

12  Dated:  April 13, 2016           /s/ T. Zindel
                                     TIMOTHY ZINDEL

13                                   Assistant Federal Defender
                                     Attorney for WILL NUNEZ

14

15  Dated:  April 13, 2016           /s/ T. Zindel for J. Garcia
                                     JESSE GARCIA

16                                   Attorney for RENE CORRAL

17                                   BENJAMIN WAGNER
                                     United States Attorney

18

19  Dated:  April 13, 2016           /s/  T. Zindel for J. Lee
                                     JUSTIN LEE

20                                   Assistant U.S. Attorney

21

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

1                         **O R D E R**

2

3      The status conference is continued to May 20, 2016, at 9:00

4 a.m.  The court finds that the ends of justice served by

5 granting a continuance outweigh the best interests of the public

6 and the defendants in a speedy trial for the reasons stated

7 above.  Time is therefore excluded from the date of this order

8 through May 20, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

9 (B)(iv).

10      IT IS SO ORDERED.

11 Dated:  April 14, 2016

12

13

14                             GARLAND E. BURRELL, JR.

15                             Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28