HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>              v.<br><br>WILL NUNEZ and<br>RENE JAQUEZ CORRAL,<br><br>       Defendants. | Case No. 2:14-CR-0300 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   May 20, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants, Will Nunez and Rene Corral, that the status conference scheduled for May 20, 2016, may be continued to August 19, 2016, at 9:00 a.m.

The parties continue to review discovery. There is extensive audio and video evidence to review. Counsel need additional time to review discovery and to continue their investigations before the case is further scheduled. The

-1-

1  parties therefore agree that the status conference should be
2  continued to August 19, 2016, and ask the Court to order time
3  excluded under the Speedy Trial Act through that date in order
4  to afford necessary time for effective preparation.  The parties
5  agree that the interests of justice to be served by a
6  continuance outweigh the best interests of Mr. Nunez, Mr.
7  Corral, and the public in a speedy trial, and ask the Court to
8  order time excluded through August 19, 2016, pursuant to 18
9  U.S.C. § 3161(h)(7)(A) and (b)(iv).

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

13 Dated:  May 18, 2016                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for WILL NUNEZ

16 Dated:  May 18, 2016                 /s/ T. Zindel for J. Garcia
                                        JESSE GARCIA
                                        Attorney for RENE CORRAL

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

20 Dated:  May 18, 2016                 /s/  T. Zindel for J. Lee
                                        JUSTIN LEE
                                        Assistant U.S. Attorney

23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

O R D E R

The status conference is continued to August 19, 2016, at 9:00 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through August 19, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.
Dated:  May 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge