1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    TIMOTHY ZINDEL, #158377
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700/Fax 916-498-5710
     timothy_zindel@fd.org
5

6    Attorney for Defendant
     WILL NUNEZ
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,    ) Case No. 2:14-CR-0300 GEB
                                  )
13        Plaintiff,              )
                                  ) **STIPULATION AND ORDER (PROPOSED)**
14             v.                 ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
15   WILL NUNEZ,                  )
                                  )
16        Defendant.             ) Date:   September 23, 2016
                                  ) Time:   9:00 a.m.
17                                ) Judge:  Hon. Garland E. Burrell, Jr.

18

19

20        It is hereby stipulated and agreed between plaintiff,

21   United States of America, and defendant Will Nunez, that the

22   status conference scheduled for September 23, 2016, may be

23   continued to November 18, 2016, at 9:00 a.m.

24        The parties continue to review discovery.  There is

25   extensive audio and video evidence to review.  Counsel need

26   additional time to review discovery and to continue their

27   investigations before the case is further scheduled.  The

28   parties therefore agree that the status conference should be

                                -1-

1   continued and ask the Court to order time excluded under the

2   Speedy Trial Act through that date in order to afford necessary

3   time for effective preparation.  The parties agree that the

4   interests of justice to be served by a continuance outweigh the

5   best interests of Mr. Nunez and the public in a speedy trial,

6   and ask the Court to order time excluded through November 18,

7   2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

8                              Respectfully Submitted,

9                              HEATHER E. WILLIAMS
                               Federal Defender

10

11  Dated:  September 22, 2016   /s/ T. Zindel
                                 TIMOTHY ZINDEL
12                               Assistant Federal Defender
                                 Attorney for WILL NUNEZ

13

14                               PHILLIP A. TALBERT
                                 Acting United States Attorney

15

16  Dated:  September 22, 2016   /s/ T. Zindel for J. Lee
                                 JUSTIN LEE
17                               Assistant U.S. Attorney

18

19  /////

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

-2-

1

**O R D E R**

2

3        The status conference is continued to November 18, 2016, at

4   9:00 a.m.  The court finds that the ends of justice served by

5   granting a continuance outweigh the best interests of the public

6   and the defendants in a speedy trial for the reasons stated

7   above.  Time is therefore excluded from the date of this order

8   through November 18, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A)

9   and (B)(iv).

10        IT IS SO ORDERED.

11   Dated:  September 22, 2016

12

13                                    _____

14                                    GARLAND E. BURRELL, JR.
                                     Senior United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28