HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0300 GEB |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER (PROPOSED)** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| WILL NUNEZ, | ) |
| | ) |
| Defendant. | ) Date:   November 18, 2016 |
| | ) Time:   9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant Will Nunez, that the status conference scheduled for November 18, 2016, may be continued to January 27, 2017, at 9:00 a.m.

The parties continue to review discovery.  There is extensive audio and video evidence to review.  Counsel need additional time to review discovery and to continue their investigations before the case is further scheduled.  The parties therefore agree that the status conference should be

1  continued and ask the Court to order time excluded under the

2  Speedy Trial Act through that date in order to afford necessary

3  time for effective preparation.  The parties agree that the

4  interests of justice to be served by a continuance outweigh the

5  best interests of Mr. Nunez and the public in a speedy trial,

6  and ask the Court to order time excluded through January 27,

7  2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

8                                    Respectfully Submitted,

9                                    HEATHER E. WILLIAMS
                                     Federal Defender
10

11 Dated:  November 17, 2016     /s/ T. Zindel
                                 TIMOTHY ZINDEL
12                               Assistant Federal Defender
                                 Attorney for WILL NUNEZ
13

14                               PHILLIP A. TALBERT
                                 Acting United States Attorney
15

16 Dated:  November 17, 2016     /s/ T. Zindel for J. Lee
                                 JUSTIN LEE
17                               Assistant U.S. Attorney

18

19 /////

20 /////

21 /////

22 /////

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

**O R D E R**

The status conference is continued to January 27, 2017, at 9:00 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through January 27, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  November 17, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge