HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>WILL NUNEZ,<br><br>    Defendant. | Case No. 2:14-CR-0300 GEB<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  March 31, 2017<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　It is hereby stipulated and agreed between plaintiff, United States of America, and defendant Will Nunez, that the status conference scheduled for March 31, 2017, may be continued to July 28, 2017, at 9:00 a.m.

　　　The parties continue to review discovery and to investigate; they seek additional time to review discovery and to continue their investigations before the case is further scheduled.  Also, defense counsel will largely be unavailable from April to May due to trial and will be out of the country

-1-

from mid-June to mid-July.  The parties therefore agree that the status conference should be continued and ask the Court to order time excluded under the Speedy Trial Act through July 28, 2017, in order to afford necessary time for effective preparation. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Nunez and the public in a speedy trial, and ask the Court to order time excluded through July 28, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

```
                                   Respectfully Submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

Dated:  March 29, 2017             /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for WILL NUNEZ


                                   PHILLIP A. TALBERT
                                   United States Attorney

Dated:  March 29, 2017             /s/ T. Zindel for J. Lee
                                   JUSTIN LEE
                                   Assistant U.S. Attorney
```

/////

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

The status conference is continued to July 28, 2017, at 9:00 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through July 28, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 30, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge