1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5

6   Attorney for Defendant
    WILL NUNEZ
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,    ) Case No. 2:14-CR-0300 GEB
                                  )
13        Plaintiff,              )
                                  ) **STIPULATION AND ORDER (PROPOSED)**
14             v.                 ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
15   WILL NUNEZ,                  )
                                  )
16        Defendant.             ) Date:   July 28, 2017
                                  ) Time:   9:00 a.m.
17                                ) Judge:  Hon. Garland E. Burrell, Jr.

18

19

20        It is hereby stipulated and agreed between plaintiff,

21   United States of America, and defendant Will Nunez, that the

22   status conference scheduled for July 28, 2017, may be continued

23   to September 29, 2017, at 9:00 a.m.

24        The parties continue to review discovery and to

25   investigate; they seek additional time to review discovery and

26   to continue their investigations before the case is further

27   scheduled.  The parties therefore agree that the status

28   conference should be continued and ask the Court to order time

-1-

1   excluded under the Speedy Trial Act through September 29, 2017,

2   in order to afford necessary time for effective preparation.

3   The parties agree that the interests of justice to be served by

4   a continuance outweigh the best interests of Mr. Nunez and the

5   public in a speedy trial, and ask the Court to order time

6   excluded through September 29, 2017, pursuant to 18 U.S.C. §

7   3161(h)(7)(A) and (b)(iv).

8                                    Respectfully Submitted,

9                                    HEATHER E. WILLIAMS
                                     Federal Defender
10

11  Dated:   July 27, 2017          /s/ T. Zindel
                                     TIMOTHY ZINDEL
12                                   Assistant Federal Defender
                                     Attorney for WILL NUNEZ
13

14                                   PHILLIP A. TALBERT
                                     United States Attorney
15

16  Dated:   July 27, 2017          /s/ T. Zindel for J. Lee
                                     JUSTIN LEE
17                                   Assistant U.S. Attorney

18

19  /////

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

1

**O R D E R**

2

3      The status conference is continued to September 29, 2017,

4  at 9:00 a.m.  The court finds that the ends of justice served by

5  granting a continuance outweigh the best interests of the public

6  and the defendants in a speedy trial for the reasons stated

7  above.  Time is therefore excluded from the date of this order

8  through September 29, 2017, pursuant to 18 U.S.C. §

9  3161(h)(7)(A) and (B)(iv).

10      IT IS SO ORDERED.

11

Dated:  July 27, 2017

12

13                          United States District Judge

14      _____
                            GARLAND E. BURRELL, JR.

15                          Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28