HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-0300 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER (PROPOSED)** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| WILL NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | Date: March 30, 2018 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant Will Nunez, that the status conference scheduled for March 30, 2018, may be continued to May 18, 2018, at 9:00 a.m.

The parties both continue to investigate the case and to complete other tasks necessary to resolving the case. They seek additional time to continue their work before the case is further scheduled. The parties therefore agree that the status conference should be continued and ask the Court to order time

excluded under the Speedy Trial Act through May 18, 2018, in order to afford necessary time for effective preparation. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of Mr. Nunez and the public in a speedy trial, and ask the Court to order time excluded through May 18, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

                              Respectfully Submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Dated:  March 27, 2018        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for WILL NUNEZ


                              McGREGOR SCOTT
                              United States Attorney

Dated:  March 27, 2018        /s/ T. Zindel for J. Lee
                              JUSTIN LEE
                              Assistant U.S. Attorney


/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

The status conference is continued to May 18, 2018, at 9:00 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through May 18, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 28, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge