1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org

6  Attorney for Defendant
   WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0300 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE RETURN OF PASSPORT** |
| WILL NUNEZ, | |
| Defendant. | Judge:  Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Will Nunez, through their respective attorneys, that the Clerk of the Court shall release Mr. Nunez's passport to defense counsel.

/////

/////

/////

/////

/////

/////

-1-

Defense counsel shall retain the passport through the conclusion of the case except that he may return it to Mr. Nunez for purposes of travel after advance notice to counsel for the government.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 29, 2018 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for WILL NUNEZ

McGREGOR SCOTT
United States Attorney

Dated: June 29, 2016 /s/ T. Zindel for J. Lee
JUSTIN LEE
Assistant U.S. Attorney

# O R D E R

The Clerk of the Court shall return defendant's passport to the Office of the Federal Defender who shall retain it through the end of the case, except that it may be returned to defendant for purposes of travel upon advance notice to government counsel.

IT IS SO ORDERED.

Dated: June 29, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE