HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
WILL NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0300 GEB |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER (PROPOSED)** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| WILL NUNEZ, | ) |
| | ) |
| Defendant. | ) Date:    September 21, 2018 |
| | ) Time:    9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant Will Nunez, that the status conference scheduled for September 21, 2018, may be continued to November 2, 2018, at 9:00 a.m.

The parties both continue to investigate and to complete other tasks necessary to resolving the case.  They seek additional time to continue their work before the case is further scheduled.  The parties therefore agree that the status conference should be continued and ask the Court to order time

excluded under the Speedy Trial Act through September 21, 2018,
in order to afford necessary time for effective preparation.
The parties agree that the interests of justice to be served by
a continuance outweigh the best interests of Mr. Nunez and the
public in a speedy trial, and ask the Court to order time
excluded through November 2, 2018, pursuant to 18 U.S.C. §
3161(h)(7)(A) and (b)(iv).

                                Respectfully Submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated:   September 18, 2018     /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for WILL NUNEZ


                                McGREGOR SCOTT
                                United States Attorney

Dated:   September 18, 2018     /s/ T. Zindel for J. Lee
                                JUSTIN LEE
                                Assistant U.S. Attorney


/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

**O R D E R**

The status conference is continued to November 2, 2018, at 9:00 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through November 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  September 19, 2018

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge