IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>WILL NUNEZ,<br><br>　　　　Defendant. | CASE NO. 2:14-CR-00300-GEB<br><br>ORDER DISMISSING INDICTMENT<br><br>DATE: November 2, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is dismissed against the above-captioned defendant. The status hearing scheduled for November 2, 2018, is HEREBY VACATED.

　　　Dated: October 31, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　Senior United States District Judge